B 1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**District of Colorado** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Prime Time Communications, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-3917331 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>7108 S. Alton Way, Building M<br>Centennial, CO<br><div align=right>ZIP CODE 80112</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP CODE</div> |
| County of Residence or of the Principal Place of Business:<br>Arapahoe | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>9674 E. Arapahoe Rd, PMB 202<br>Greenwood Village, CO<br><div align=right>ZIP CODE 80112</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>4200 CR 174, Elizabeth, CO 80107 / 910 15th St.Denver, CO 80202 / 1401 W.Sun River Pkwy, St George,UT 84790 | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Cable Television Provider | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☑ Chapter 11        Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                     Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer     ☑ Debts are primarily<br>debts, defined in 11 U.S.C.            business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Prime Time Communications, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:       District of Colorado | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐    Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

# Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | **Prime Time Communications, LLC** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney\***

X **/s/ Garry R. Appel**
Signature of Attorney for Debtor(s)
**Garry R. Appel, No. 8883**
Printed Name of Attorney for Debtor(s)
**Appel & Lucas, PC**
Firm Name
**1917 Market Street, Ste A**
Address **Denver, CO 80202**

**303-297-9800**
Telephone Number
**01/29/2010**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark Wentzlaff**
Signature of Authorized Individual
**Mark Wentzlaff**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**01/29/2010**
Date

**RESOLUTION**

The undersigned hereby certifies that at a meeting duly called and held of the members of Prime Time Communications, LLC, the following Resolution was adopted:

The members of the company are hereby authorized and directed to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code, to hire and engage the law firm of Appel & Lucas, P.C. as bankruptcy counsel and to take such actions in connection with the Chapter 11 case as may be necessary or proper.

Dated:  January 7, 2010                    Prime Time Communications, LLC

                                          By:  */s/ Mark Wentzlaff*
                                               Mark Wentzlaff, President

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )
Prime Time Communications, LLC            )        CASE NO.  10-_____
                                          )        CHAPTER: 11
                        DEBTOR            )
_____

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4
_____

The Debtor,  Prime Time Communications, LLC, pursuant to FED. R. BANKR. P. 1007(a)(1) and 7007.1 and L.B.R. 1007-4 and L.B.R. 7007.1-1 states as follows:

[  ] There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[X] The following corporations directly or indirectly own 10% or more of a class of the debtor's equity interest:

1.  J&S Converged Holdings, LLC

2.  HJES  Investments, LLC

3.  SDM Investments, LLC

Dated:  January 29, 2010

Prime Time Communications, LLC

 _/s/ Mark Wentzlaff____
By:  Mark Wentzlaff, President

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

IN RE:                              )
                                    )
Prime Time Communications, LLC      )        CASE NO.  10-_____
                                    )        CHAPTER: 11
                   DEBTOR           )
_____

## LIST OF EQUITY SECURITY HOLDERS
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4
_____

Prime Time Communications, LLC, named as the Debtor in this case, for its List of Equity Security Holders, pursuant to Fed.R.Bankr.P. 1007(a)(3), submits as follows:

| SECURITY HOLDER Percentage | Ownership |
|---|---|
| J&S Holdings, LLC | 25.2550 |
| HJES Investments, LLC | 47.4912 |
| SDM Investments, LLC | 25.2538 |
| Jeffrey Glance | 2.0000 |
| **Totals** | **100.00%** |

Dated:  January 29, 2010

Prime Time Communications, LLC

 _/s/ Mark Wentzlaff_
By:  Mark Wentzlaff, President

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

**In Re:  Prime Time Communications, LLC**          **Case Number: 10-_____**
                         **Debtor.**                                          **Chapter 11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip cod of employee, agent, or department of creditor familiar with the claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
| Avail Media<br>11190 Sunrise Valley Drive, Suite 301<br>Reston, VA  20191 | Jon Romm<br>SAME ADDRESS<br>Phone - 703-318-1666 | Trade Debt | | $     378,392.00 |
| US Department of Treasury<br>1973 N. Rulon White Blvd<br>Ogden, UT  84404 | No Contact Name<br>SAME ADDRESS<br>1-800-829-0115 | Payroll Taxes | | $     295,377.00 |
| Broadsoft<br>220 Perry Parkway<br>Gaithersburg, MD  20877 | Dennis Dourgarian<br>Accounting Department<br>SAME ADDRESS<br>301-977-9440 | Trade Debt | | $     251,976.80 |
| TVC Communications, LLC<br>PO Box 933299<br>Atlanta, GA  31193 | Stevens & Lee<br>c/o Steven Adams<br>111 North 6th Street<br>Reading, PA  19603-0679<br>610-478-2000 | Trade Debt | | $     185,742.04 |
| Deposit Insurance National Bank of Greeley f/k/a New Frontier Bank<br>2425 35th Avenue<br>Greely, CO  80634<br><br>(* Also a Secured Creditor *) | Kathleen Snodgrass<br>FDIC Account Officer<br>SAME ADDRESS<br>Phone - 970-339-5100 X376 | Bank Loan, Overdrafts | | $     132,388.24<br><br>value approx $1.33M |

| | | | | |
|---|---|---|---|---|
| Sherman & Howard, LLC<br>633 17th Street Suite 3000<br>Denver, CO  80202 | Greg Ramos<br>SAME ADDRESS<br>303-299-8332 | Legal fees | | $    104,162.19 |
| Intrado, Inc.<br>1601 Dry Creek Drive<br>Longmont, CO  80503 | Sean Clark<br>Collections Specialist<br>1601 Dry Creek Drive<br>Longmont, CO  80503<br>Phone - 720-494-5811 | Trade Debt | | $     71,703.00 |
| Calix<br>Dept 1656<br>Denver, CO  80291-1656 | Jim Wondolleck<br>SAME ADDRESS<br>707-766-3082 | Trade Debt | | $     69,701.74 |
| Minerva Networks, Inc.<br>PO Box 2150<br>Alviso, CA  95002 | John Doener, CFO<br>2150 Gold Street<br>Alviso, CA  95002<br>Phone - 408-240-1240 | Trade Debt | | $     66,379.69 |
| T2 Communications, LC<br>1404 W. Sun River Parkway Suite #201<br>St. George, UT  84790 | Darcy Stewart<br>SAME ADDRESS<br>435-673-4300 | Trade Debt | | $     61,544.53 |
| NorthStar Telesolutions<br>435 E. Main Street, Suite 210<br>Greenwood, IN  46143 | Brandi Scott<br>Accounting Manager<br>SAME ADDRESS<br>317-865-2429 | Trade Debt | | $     51,659.32 |
| Holland & Hart<br>PO Box 17283<br>Denver, CO  80217-0283 | Accounting Department<br>SAME ADDRESS<br>303-295-8000 | Legal fees | | $     47,193.49 |
| Alcatel USA Marketing, Inc.<br>PO Box 911476<br>Dallas, TX  75391-1476 | AR Department<br>SAME ADDRESS<br>877-571-6973 | Trade Debt | | $     34,066.12 |
| Turner Network Sales<br>PO Box 532450<br>Atlanta, GA  30353-2450 | Turner Network Sales<br>Attn:  Mikisha Thompson<br>101 Marietta Street NW<br>21st Floor<br>Atlanta, GA   30303-2720<br>404-827-2696 | Trade Debt | | $     26,962.14 |

| | | | | | |
|---|---|---|---|---|---|
| Century Tel (Century Link)<br>PO Box 4300<br>Carol Stream, IL  60197 | Steve Smith<br>Manager Collections<br>SAME ADDRESS<br>Phone - 318-213-7501 | Trade Debt | | $ | 26,212.98 |
| Cisco Systems, Inc<br>PO Box 91232<br>Chicago, IL  60693-1232 | AR Department<br>SAME ADDRESS<br>408-424-4042 | Trade Debt | | $ | 22,662.54 |
| Veracity Communications<br>379 N. University Ave, Suite 301<br>Provo, UT  84601 | Darin Fielding<br>Same Address<br>801-437-7863 | Trade Debt | | $ | 22,586.59 |
| VISA<br>Cardmember Services<br>PO Box 6353<br>Fargo, ND  58125-6253 | Card ending in 9422 | Business Credit<br>Card | | $ | 22,000.00 |
| Brownstein Hyatt Farber Schreck<br>410 17th Street  Suite 2200<br>Denver, CO  80202-4437 | Michael King<br>SAME ADDRESS<br>Phone - 303-223-1130 | Legal fees | | $ | 21,059.35 |
| Video Communications Engineering<br>205 Brooks Ave #A<br>North Las Vegas, NV  89030 | Devon Kampshoff<br>SAME ADDRESS<br>702-437-5615 | Trade Debt | | $ | 19,055.08 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A
CORPORATION OR PARTNERSHIP

I, Mark Wentzlaff, the President of Prime Time Communications, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding the 20 largest unsecured claims and that it is true and correct to the best of my information and belief.

Date: January 29, 2010          Sigature: */s/ Mark Wentzlaff, President*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

    Prime Time Communications, LLC,       Case No.10-_____

          Debtor                    Chapter 11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the ans wer to an applicable question is "None,"** mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1.      **Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or
profession, or from operation of the debtor's business, including part-time activities either as an
employee or in independent trade or business, from the beginning of this calendar year to the
date this case was commenced. State also the gross amounts received during the two years
immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial
records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify
the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income
for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state
income of both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| $69,500 | Subscriber Revenue | 01-01-10 to present |
| $951,911 | Subscriber Revenue | 01-01-09 to 12-31-09 |
| $1,215,187 | Subscriber Revenue | 01-01-08 to 12-31-08 |

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade,
profession, operation of the debtor's business during the two years immediately preceding
the commencement of this case. Give particulars. If a joint petition is filed, state income for each
spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

__X__None


**3. Payments to creditors**

***Complete a. or b., as appropriate, and c.***

*a. Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans,
installment purchases of goods or services, and other debts to any creditor made within **90 days**
immediately preceding the commencement of this case unless the aggregate value of all property
that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any
payments that were made to a creditor on account of a domestic support obligation or as part of
an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

__X__None

*b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### See Attached Schedule SOFA Schedule 3B

*c. All debtors*: List all payments made within **one year**  immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### See Attached Schedule SOFA Schedule 3C

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Canon Financial Services, Ind | Civil | Superior Court of NJ Burlington County Docket #L-4273-09 | Open |
| TVCommunications, LLC vs Prime Time Communications, LLC | Civil | US District Court for the Eastern Dist of PA No. 09-5890 (E.D.Pa. | Open |

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Canon Financial Services, Inc. 158 Gaither Street,Suite 200 Mt. Laurel, NJ | July 2009 | Copier/Printer $4,745.14 |

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_X___None

## 6. Assignments and receiverships

a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

___X_None

b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_X___None

## 7. Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

__X__None


## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

__X__None


## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Appel & Lucas, P.C. 1917 Market Street, Suite A Denver, CO 80202 | 01-07-2010 | $5,786.00 |
| | 01-29-2010 | $35,000.00 |

**10. Other transfers**

a.      List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY  TRANSFERRED AND VALUE  RECEIVED |
|---|---|---|
| SDM Investments, LLC<br>302 Castle Pines Drive<br>Castle Rock, CO  80104<br>Member – Prime Time Comm | 01-01-09 | Broadsoft Licenses $325,000 |
| Mstar PTC, LLC<br>7108 S. Alton Way Bldg M<br>Centennial, CO  80111<br>Common ownership with Prime Time | 08-31-09 | Cisco CRS and C7 $285,000 |

b.      List all property transferred by the debtor within ten years immediately preceding the commencement of this case   to a self-settled trust or similar device of which the debtor is a beneficiary.

__X__None

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|---|
| New Frontier Bank 2425 35th Avenue Greeley, CO 80634 | Checking Account #5732 | ($144,588.13) | April, 2009 |
| New Frontier Bank 2425 35th Avenue Greeley, CO 80634 | Checking Account #1262 | $7,199.89 | April, 2009 |

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

__X__None

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

_X___None

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

__X__None


**15. Prior address of debtor**

If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.


| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | February 2008 to June 2009 |
| 188 InvernessDriveWest Suite305 Englewood, CO  80112 | Prime Time Communications, LLC | |
| 7108 S. Alton Way Bldg I Centennial, CO  80111 | Prime Time Communications, LLC | January 2007 to February 2008 |


**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

___X_None

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

__X__None


b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

__X__None


c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

__X__None

**18 . Nature, location and name of business**

a.      *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| Name | Last 4 Digits Fed. EIN | Address | Nature of Business | Date Range |
|------|------------------------|---------|--------------------|------------|
| LLV Broadband, LLC | 1899 | 7108 S. Alton Way BLDG M Englewood, CO  80112 | Cable TV Operator | 9/2007 to Present |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

___X_None

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years**  immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.


*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

a.      List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                  DATES SERVICES RENDERED

Cathy Wagner                                July 2007 to Present
3230 S. Holly Place
Denver, CO  80222

b.      List all firms or individuals who within **two years**  immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

__X__None

c.      List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

__X__None

d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                  DATE ISSUED

New Frontier Bank                         1st Quarter 2009
2425 35th Avenue
Greeley, CO  80634

Community Banks of Colorado        1st Quarter 2009
5690 S. DTC Blvd Suite 450E
Greenwood Village, CO  80111

**20. Inventories**

a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

_X___None

b.      List the name and address of the person having possession of the records of each of the inventories reported in a., above.

___X_None

**21 . Current Partners, Officers, Directors and Shareholders**

a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

        **See Attached Schedule SOFA Schedule 21-A**

b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

___X_None

**22 . Former partners, officers, directors and shareholders**

a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| Mike Woods | 1059 Golden Pine Lane<br>Monument, CO  80137 | July, 2009 |

b.      If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

__X__None

**23 . Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

\_\_X\_\_None

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

\_\_X\_\_None

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

\_\_\_X\_None

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____      Signature of Debtor_____

Date _____     Signature of Joint Debtor (if any)_____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Dated:  January 29, 2010

Prime Time Communications, LLC

 */s/ Mark Wentzlaff*
By: Mark Wentzlaff, President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_10__continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Prime Time Communications, LLC**
**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 10/05/2009 | Pd by phone | VISA | 1,000.00 |
| Bill Pmt -Check | 10/06/2009 | 20696 | Brown, David | 1,281.83 |
| Bill Pmt -Check | 10/06/2009 | 20697 | Kardos, Dave | 620.95 |
| Bill Pmt -Check | 10/06/2009 | 20698 | Martineau, Tawn | 400.00 |
| Bill Pmt -Check | 10/06/2009 | 20699 | Martineau, Trevor | 353.65 |
| Bill Pmt -Check | 10/06/2009 | 20700 | Susmann, Scot | 2,127.00 |
| Bill Pmt -Check | 10/06/2009 | 20701 | Wagner, Cathy | 239.24 |
| Bill Pmt -Check | 10/06/2009 | 20702 | Waibel, Ray | 1,281.78 |
| Bill Pmt -Check | 10/06/2009 | 20703 | Wentzlaff, Mark | 1,740.24 |
| Bill Pmt -Check | 10/06/2009 | W/T 10/6/09 | Internap | 2,300.00 |
| Bill Pmt -Check | 10/08/2009 | Pd by phone | VISA | 3,000.00 |
| Bill Pmt -Check | 10/09/2009 | 20704 | Hafer, Michael | 4,382.50 |
| Bill Pmt -Check | 10/09/2009 | 20705 | Marshall, Shelley | 18,000.00 |
| Bill Pmt -Check | 10/12/2009 | Payby Phone | VISA | 2,000.00 |
| Bill Pmt -Check | 10/13/2009 | wire transf | Internap | 2,300.00 |
| Bill Pmt -Check | 10/14/2009 | 20730 | Colorado Department of Revenue | 2,465.66 |
| Check | 10/15/2009 | 20706 | Payroll Check | 2,109.89 |
| Check | 10/15/2009 | 20707 | Payroll Check | 2,065.67 |
| Check | 10/15/2009 | 20708 | Payroll Check | 1,180.02 |
| Check | 10/15/2009 | 20709 | Payroll Check | 1,320.20 |
| Check | 10/15/2009 | 20710 | Payroll Check | 2,668.15 |
| Check | 10/15/2009 | 20711 | Payroll Check | 1,395.13 |
| Check | 10/15/2009 | 20712 | Payroll Check | 851.01 |
| Check | 10/15/2009 | 20713 | Payroll Check | 2,822.20 |
| Check | 10/15/2009 | 20714 | Payroll Check | 1,249.05 |
| Check | 10/15/2009 | 20715 | Payroll Check | 1,199.78 |
| Check | 10/15/2009 | 20716 | Payroll Check | 2,493.82 |
| Check | 10/15/2009 | 20717 | Payroll Check | 2,525.36 |
| Check | 10/15/2009 | 20718 | Payroll Check | 2,041.31 |
| Check | 10/15/2009 | 20719 | Payroll Check | 2,236.65 |
| Check | 10/15/2009 | 20720 | Payroll Check | 2,356.74 |
| Check | 10/15/2009 | 20721 | Payroll Check | 1,844.93 |
| Check | 10/15/2009 | 20722 | Payroll Check | 2,375.59 |
| Check | 10/15/2009 | 20723 | Payroll Check | 2,157.03 |
| Check | 10/15/2009 | 20724 | Payroll Check | 1,988.41 |
| Check | 10/15/2009 | 20725 | Payroll Check | 1,410.16 |
| Check | 10/15/2009 | 20726 | SCADU | 175.00 |
| Check | 10/15/2009 | 20727 | BC Services Inc. | 323.34 |
| Check | 10/15/2009 | 20728 | Colorado Department of Revenue | |
| Check | 10/15/2009 | 20729 | U.S. Department of Treasury | 7,399.35 |
| Bill Pmt -Check | 10/15/2009 | ACH | National Cable TV Coop - PT | 34,933.10 |

**Prime Time Communications, LLC**
**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Check | 10/15/2009 | 20733 | McIntosh, Rick | 328.50 |
| Bill Pmt -Check | 10/15/2009 | Wire Transf | *BBC America | 256.87 |
| Bill Pmt -Check | 10/15/2009 | Wire Transf | *Discovery Communications, Inc. | 6,196.31 |
| Bill Pmt -Check | 10/15/2009 | Wire Transf | *Travel Media, Inc. | 1,237.48 |
| Bill Pmt -Check | 10/20/2009 | 20732 | *4com, Inc. | 754.55 |
| Bill Pmt -Check | 10/20/2009 | 20735 | Coast Electric Power Assoc. | 68.23 |
| Bill Pmt -Check | 10/20/2009 | 20736 | Sky-View Technologies | 43.83 |
| Bill Pmt -Check | 10/20/2009 | 20737 | Telenet, LLC | 132.00 |
| Bill Pmt -Check | 10/20/2009 | 20738 | TNCI | 45.28 |
| Bill Pmt -Check | 10/20/2009 | 20739 | Utility Notification Center | 47.74 |
| Bill Pmt -Check | 10/20/2009 | 20740 | CommPartners | 702.29 |
| Bill Pmt -Check | 10/22/2009 | 20741 | Sun River Computer Club | 1,658.80 |
| Bill Pmt -Check | 10/26/2009 | 20742 | InterLinx | 15,900.00 |
| Bill Pmt -Check | 10/28/2009 | 20743 | AFCO | 3,783.71 |
| Bill Pmt -Check | 10/28/2009 | 20744 | Colorado Dept of Labor & Employment | 1,704.56 |
| Bill Pmt -Check | 10/28/2009 | 20745 | Crystal Springs | 18.42 |
| Bill Pmt -Check | 10/28/2009 | 20746 | Davis, Becky | 19.11 |
| Bill Pmt -Check | 10/28/2009 | 20747 | Johnson, Iona | 34.94 |
| Bill Pmt -Check | 10/28/2009 | 20748 | Montana Dept. of Revenue | 14.19 |
| Bill Pmt -Check | 10/28/2009 | 20749 | One Beacon Insurance | 3,132.52 |
| Bill Pmt -Check | 10/28/2009 | 20750 | Principal | 412.57 |
| Bill Pmt -Check | 10/28/2009 | 20751 | Public Storage | 322.00 |
| Bill Pmt -Check | 10/28/2009 | 20752 | Rocky Mountain Propane | 18.59 |
| Bill Pmt -Check | 10/28/2009 | 20753 | Szabo Associates, Inc. | 1,000.00 |
| Bill Pmt -Check | 10/28/2009 | 20754 | Travelers | 651.17 |
| Bill Pmt -Check | 10/28/2009 | 20755 | Tribune Media Services, Inc. | 1,500.00 |
| Check | 10/28/2009 | 20780 | Pritchett, William P. | 375.00 |
| Bill Pmt -Check | 10/28/2009 | 20783 | *Fox College Sports | 907.09 |
| Bill Pmt -Check | 10/28/2009 | 20784 | *Fox Movie Channel | 753.63 |
| Bill Pmt -Check | 10/28/2009 | 20785 | *Fox Reality | 300.00 |
| Bill Pmt -Check | 10/28/2009 | 20786 | *Fox Soccer Channel | 563.59 |
| Bill Pmt -Check | 10/28/2009 | 20787 | *Fox Sports en Espanol | 150.00 |
| Bill Pmt -Check | 10/28/2009 | 20788 | *Fuel | 300.00 |
| Bill Pmt -Check | 10/28/2009 | 20789 | *FX Networks LLC | 3,421.81 |
| Bill Pmt -Check | 10/28/2009 | 20790 | *National Geographic | 1,403.94 |
| Bill Pmt -Check | 10/28/2009 | 20791 | *Speed Channel | 1,548.50 |
| Check | 10/30/2009 | 20756 | Payroll Check | 2,109.89 |
| Check | 10/30/2009 | 20757 | Payroll Check | 2,065.67 |
| Check | 10/30/2009 | 20758 | Payroll Check | 1,180.02 |
| Check | 10/30/2009 | 20759 | Payroll Check | 1,320.20 |
| Check | 10/30/2009 | 20760 | Payroll Check | 2,668.15 |
| Check | 10/30/2009 | 20761 | Payroll Check | 1,395.13 |

**Prime Time Communications, LLC**
**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|---|---|---|---|---|
| Check | 10/30/2009 | 20762 | Payroll Check | 2,664.07 |
| Check | 10/30/2009 | 20763 | Payroll Check | 1,161.23 |
| Check | 10/30/2009 | 20764 | Payroll Check | 1,199.78 |
| Check | 10/30/2009 | 20765 | Payroll Check | 2,493.82 |
| Check | 10/30/2009 | 20766 | Payroll Check | 2,525.36 |
| Check | 10/30/2009 | 20767 | Payroll Check | 2,041.31 |
| Check | 10/30/2009 | 20768 | Payroll Check | 2,236.65 |
| Check | 10/30/2009 | 20769 | Payroll Check | 2,356.74 |
| Check | 10/30/2009 | 20770 | BC Services Inc. | 323.34 |
| Check | 10/30/2009 | 20771 | SCADU | 175.00 |
| Check | 10/30/2009 | 20772 | Payroll Check | 1,844.15 |
| Check | 10/30/2009 | 20773 | Payroll Check | 2,375.59 |
| Check | 10/30/2009 | 20774 | Payroll Check | 2,157.03 |
| Check | 10/30/2009 | 20775 | Payroll Check | 1,879.29 |
| Check | 10/30/2009 | 20776 | Payroll Check | 1,388.96 |
| Check | 10/30/2009 | 20777 | Payroll Check | 1,179.51 |
| Check | 10/30/2009 | 20778 | U.S. Department of Treasury | 7,488.40 |
| Check | 10/30/2009 | 20779 | Colorado Department of Revenue | |
| Bill Pmt -Check | 10/30/2009 | 20793 | Fed Ex | 329.31 |
| Bill Pmt -Check | 10/30/2009 | 20794 | Fryingpan Resources, Inc | 6,500.00 |
| Bill Pmt -Check | 10/30/2009 | 20795 | VoIP360, Inc. | 8,500.00 |
| Bill Pmt -Check | 10/30/2009 | PaybyPhone | United Healthcare Insurance | 19,124.51 |
| Bill Pmt -Check | 10/30/2009 | Wire Trsf | Avail Media, Inc. | 5,000.00 |
| Bill Pmt -Check | 10/30/2009 | 20782 | Community Banks of Colorado | 5,600.00 |
| Bill Pmt -Check | 11/02/2009 | 20796 | *Fox College Sports | 73.18 |
| Bill Pmt -Check | 11/02/2009 | 20797 | *Fox Reality | 20.89 |
| Bill Pmt -Check | 11/02/2009 | 20798 | *Fuel | 20.89 |
| Bill Pmt -Check | 11/02/2009 | 11/2 wire | *National Geographic | 76.86 |
| Bill Pmt -Check | 11/02/2009 | 11/2 wire | *Fox Movie Channel | 58.30 |
| Bill Pmt -Check | 11/02/2009 | 11/2 wire | *Fox Sports en Espanol | 14.03 |
| Bill Pmt -Check | 11/02/2009 | 11/2 wire | *Fox Soccer Channel | 99.97 |
| Bill Pmt -Check | 11/02/2009 | 11/2 wire | *Speed Channel | 127.92 |
| Bill Pmt -Check | 11/02/2009 | 11/2 wire | *FX Networks LLC | 304.78 |
| Bill Pmt -Check | 11/04/2009 | 20799 | Carter, D'Ette | 498.17 |
| Bill Pmt -Check | 11/10/2009 | 20800 | Susmann, Blake | 1,000.00 |
| Check | 11/11/2009 | 20825 | McIntosh, Rick | 750.00 |
| Bill Pmt -Check | 11/12/2009 | 20826 | Dixie Escalante Electric | 1,001.80 |
| Bill Pmt -Check | 11/12/2009 | 20827 | Marshall, Shelley | 18,000.00 |
| Check | 11/13/2009 | 20801 | Payroll Check | 2,109.89 |
| Check | 11/13/2009 | 20802 | Payroll Check | 2,065.67 |
| Check | 11/13/2009 | 20803 | Payroll Check | 1,180.02 |
| Check | 11/13/2009 | 20804 | Payroll Check | 1,212.72 |

**Prime Time Communications, LLC**

**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Check | 11/13/2009 | 20805 | Payroll Check | 2,668.15 |
| Check | 11/13/2009 | 20806 | Payroll Check | 1,395.13 |
| Check | 11/13/2009 | 20807 | McIntosh, Rick | |
| Check | 11/13/2009 | 20808 | Payroll Check | 2,664.07 |
| Check | 11/13/2009 | 20809 | Payroll Check | 1,161.23 |
| Check | 11/13/2009 | 20810 | Payroll Check | 949.78 |
| Check | 11/13/2009 | 20811 | Payroll Check | 2,493.82 |
| Check | 11/13/2009 | 20812 | Payroll Check | 2,525.36 |
| Check | 11/13/2009 | 20813 | Payroll Check | 2,041.31 |
| Check | 11/13/2009 | 20814 | Payroll Check | 2,236.65 |
| Check | 11/13/2009 | 20815 | Payroll Check | 2,356.74 |
| Check | 11/13/2009 | 20816 | SCADU | 175.00 |
| Check | 11/13/2009 | 20817 | BC Services Inc. | 323.34 |
| Check | 11/13/2009 | 20818 | Payroll Check | 1,905.26 |
| Check | 11/13/2009 | 20819 | Payroll Check | 2,375.59 |
| Check | 11/13/2009 | 20820 | Payroll Check | 2,157.03 |
| Check | 11/13/2009 | 20821 | Payroll Check | 1,829.92 |
| Check | 11/13/2009 | 20822 | Payroll Check | 1,232.79 |
| Check | 11/13/2009 | 20823 | Colorado Department of Revenue | |
| Check | 11/13/2009 | 20824 | U.S. Department of Treasury | 7,394.19 |
| Bill Pmt -Check | 11/13/2009 | Wire Transf | *Discovery Communications, Inc. | 6,196.31 |
| Bill Pmt -Check | 11/13/2009 | Wire Transf | *BBC America | 256.87 |
| Bill Pmt -Check | 11/13/2009 | Wire Transf | *Travel Media, Inc. | 1,237.48 |
| Bill Pmt -Check | 11/13/2009 | ACH | National Cable TV Coop - PT | 34,958.52 |
| Bill Pmt -Check | 11/20/2009 | 20828 | AFCO | 3,793.71 |
| Bill Pmt -Check | 11/20/2009 | 20829 | Colorado Department of Revenue | 2,465.66 |
| Bill Pmt -Check | 11/20/2009 | 20830 | EyeMed/Fidelity Security Life Insurance | 554.08 |
| Bill Pmt -Check | 11/20/2009 | 20831 | Mississippi Dept. of Employment Security | 132.46 |
| Bill Pmt -Check | 11/20/2009 | 20832 | Utah Unemployment Compensation Fund | 448.97 |
| Bill Pmt -Check | 11/24/2009 | Wire Transf | Internap | 4,600.00 |
| Bill Pmt -Check | 11/25/2009 | 20833 | Great Lakes Data Systems, Inc. | 1,903.73 |
| Bill Pmt -Check | 11/25/2009 | 20834 | InterLinx | 9,600.00 |
| Bill Pmt -Check | 11/25/2009 | 20835 | One Beacon Insurance | 3,120.52 |
| Bill Pmt -Check | 11/25/2009 | 20836 | Parfait Studio, LLC | 250.00 |
| Bill Pmt -Check | 11/25/2009 | 20837 | Principal | 2,216.11 |
| Bill Pmt -Check | 11/25/2009 | 20838 | VoIP360, Inc. | 8,000.00 |
| Check | 11/25/2009 | 20840 | McIntosh, Rick | 750.00 |
| Bill Pmt -Check | 11/25/2009 | PayByPhone | United Healthcare Insurance | 15,336.57 |
| Check | 11/30/2009 | 20841 | Payroll Check | 2,109.89 |
| Check | 11/30/2009 | 20842 | Payroll Check | 2,746.86 |
| Check | 11/30/2009 | 20843 | Payroll Check | 1,180.02 |
| Check | 11/30/2009 | 20862 | Payroll Check | 1,582.28 |

**Prime Time Communications, LLC**

**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|-------:|
| Check | 11/30/2009 | 20844 | Payroll Check | 2,668.15 |
| Check | 11/30/2009 | 20845 | Payroll Check | 1,395.13 |
| Check | 11/30/2009 | 20846 | Payroll Check | 2,664.07 |
| Check | 11/30/2009 | 20847 | Payroll Check | 1,161.23 |
| Check | 11/30/2009 | 20848 | Payroll Check | 949.78 |
| Check | 11/30/2009 | 20849 | Payroll Check | 2,493.82 |
| Check | 11/30/2009 | 20850 | Payroll Check | 2,525.36 |
| Check | 11/30/2009 | 20851 | Payroll Check | 2,041.31 |
| Check | 11/30/2009 | 20852 | Payroll Check | 2,236.65 |
| Check | 11/30/2009 | 20853 | Payroll Check | 2,356.74 |
| Check | 11/30/2009 | 20854 | SCADU | 175.00 |
| Check | 11/30/2009 | 20855 | Payroll Check | 2,059.96 |
| Check | 11/30/2009 | 20856 | Payroll Check | 2,375.59 |
| Check | 11/30/2009 | 20857 | Payroll Check | 2,157.03 |
| Check | 11/30/2009 | 20858 | Payroll Check | 2,148.44 |
| Check | 11/30/2009 | 20859 | Payroll Check | 1,431.37 |
| Check | 11/30/2009 | 20860 | Colorado Department of Revenue | |
| Check | 11/30/2009 | 20861 | U.S. Department of Treasury | 7,807.68 |
| Check | 11/30/2009 | 20862 | BC Services Inc. | 323.34 |
| Bill Pmt -Check | 11/30/2009 | 20863 | *Showtime Networks Inc. | 1,026.87 |
| Bill Pmt -Check | 12/02/2009 | Wire Transf | Tribune Media Services, Inc. | 3,000.00 |
| Bill Pmt -Check | 12/03/2009 | 20864 | Glance, Jeff | 1,580.00 |
| Bill Pmt -Check | 12/04/2009 | 20865 | CommPartners | 679.46 |
| Bill Pmt -Check | 12/09/2009 | wire transf | Tribune Media Services, Inc. | 1,505.00 |
| Bill Pmt -Check | 12/10/2009 | 20866 | SDM Investments  LLC | 18,000.00 |
| Check | 12/14/2009 | 20867 | McIntosh, Rick | 750.00 |
| Bill Pmt -Check | 12/14/2009 | ACH | National Cable TV Coop - PT | 35,870.23 |
| Bill Pmt -Check | 12/14/2009 | 20890 | *4com, Inc. | 442.74 |
| Bill Pmt -Check | 12/14/2009 | 20891 | Sun River Computer Club | 414.70 |
| Check | 12/15/2009 | 20868 | Payroll Check | 2,109.89 |
| Check | 12/15/2009 | 20869 | Payroll Check | 1,180.02 |
| Check | 12/15/2009 | 20870 | Payroll Check | 1,504.57 |
| Check | 12/15/2009 | 20871 | Payroll Check | 2,668.15 |
| Check | 12/15/2009 | 20872 | Payroll Check | 1,395.13 |
| Check | 12/15/2009 | 20873 | Payroll Check | 2,664.07 |
| Check | 12/15/2009 | 20874 | Payroll Check | 1,161.23 |
| Check | 12/15/2009 | 20875 | Payroll Check | 1,199.78 |
| Check | 12/15/2009 | 20876 | Payroll Check | 2,493.82 |
| Check | 12/15/2009 | 20877 | Payroll Check | 2,525.36 |
| Check | 12/15/2009 | 20878 | Payroll Check | 2,041.31 |
| Check | 12/15/2009 | 20879 | Payroll Check | 2,236.65 |
| Check | 12/15/2009 | 20880 | Payroll Check | 2,356.74 |

**Prime Time Communications, LLC**

**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Check | 12/15/2009 | 20881 | Payroll Check | 1,922.28 |
| Check | 12/15/2009 | 20882 | BC Services Inc. | 323.34 |
| Check | 12/15/2009 | 20883 | SCADU | 175.00 |
| Check | 12/15/2009 | 20884 | Payroll Check | 2,375.59 |
| Check | 12/15/2009 | 20885 | Payroll Check | 2,157.03 |
| Check | 12/15/2009 | 20886 | Payroll Check | 1,915.74 |
| Check | 12/15/2009 | 20887 | Payroll Check | 1,470.91 |
| Check | 12/15/2009 | 20888 | Colorado Department of Revenue | |
| Check | 12/15/2009 | 20889 | U.S. Department of Treasury | 10,753.05 |
| Check | 12/15/2009 | 20892 | Brown, David | 150.00 |
| Check | 12/15/2009 | 20893 | Corbo, Kimberly | 150.00 |
| Check | 12/15/2009 | 20894 | Davis, Becky | 150.00 |
| Check | 12/15/2009 | 20895 | Glance, Jeff | 150.00 |
| Check | 12/15/2009 | 20896 | Johnson, Iona | 150.00 |
| Check | 12/15/2009 | 20897 | Kardos, Dave | 150.00 |
| Check | 12/15/2009 | 20898 | Kies, Robert | 150.00 |
| Check | 12/15/2009 | 20899 | Martineau, Tawn | 150.00 |
| Check | 12/15/2009 | 20900 | Martineau, Trevor | 150.00 |
| Check | 12/15/2009 | 20901 | Niemitalo, Pamela | 150.00 |
| Check | 12/15/2009 | 20902 | Sauck, Jeff | 150.00 |
| Check | 12/15/2009 | 20903 | Starcer, Jeffery A. | 150.00 |
| Check | 12/15/2009 | 20904 | Susmann, Blake | 150.00 |
| Check | 12/15/2009 | 20905 | Susmann, Scot | 150.00 |
| Check | 12/15/2009 | 20906 | Wagner, Cathy | 150.00 |
| Check | 12/15/2009 | 20907 | Waibel, Ray | 150.00 |
| Check | 12/15/2009 | 20908 | Wentzlaff, Bryon | 150.00 |
| Check | 12/15/2009 | 20909 | Wentzlaff, Mark | 150.00 |
| Bill Pmt -Check | 12/15/2009 | 20910 | Colorado Department of Revenue | 2,465.70 |
| Bill Pmt -Check | 12/15/2009 | 20911 | Dixie Escalante Electric | 998.93 |
| Bill Pmt -Check | 12/15/2009 | 20912 | InterLinx | 14,400.00 |
| Bill Pmt -Check | 12/15/2009 | wire transf | *BBC America | 256.87 |
| Bill Pmt -Check | 12/15/2009 | wire transf | *Discovery Communications, Inc. | 6,196.31 |
| Bill Pmt -Check | 12/15/2009 | wire transf | *Travel Media, Inc. | 1,237.48 |
| Bill Pmt -Check | 12/18/2009 | 20913 | Hafer, Michael | 1,986.14 |
| Bill Pmt -Check | 12/21/2009 | 20914 | Public Storage | 322.00 |
| Bill Pmt -Check | 12/22/2009 | Wire Transf | CenturyTel | 3,690.45 |
| Bill Pmt -Check | 12/28/2009 | 20915 | AFCO | 3,783.71 |
| Bill Pmt -Check | 12/28/2009 | Wire Transf | Tribune Media Services, Inc. | 1,500.00 |
| Bill Pmt -Check | 12/29/2009 | 20939 | Great Lakes Data Systems, Inc. | 1,929.95 |
| Bill Pmt -Check | 12/29/2009 | 20940 | Great Lakes Data Systems, Inc. | 528.56 |
| Bill Pmt -Check | 12/30/2009 | Wire Transf | VoIP360, Inc. | 8,000.00 |
| Bill Pmt -Check | 12/30/2009 | 20942 | EyeMed/Fidelity Security Life Insurance | 253.84 |

**Prime Time Communications, LLC**

**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 12/30/2009 | 20943 | Fryingpan Resources, Inc | 5,500.00 |
| Bill Pmt -Check | 12/30/2009 | 20944 | InterLinx | 14,400.00 |
| Bill Pmt -Check | 12/30/2009 | 20945 | One Beacon Insurance | 3,132.52 |
| Bill Pmt -Check | 12/30/2009 | 20946 | Principal | 2,831.12 |
| Bill Pmt -Check | 12/30/2009 | 20947 | Sky-View Technologies | 66.67 |
| Bill Pmt -Check | 12/30/2009 | 20948 | TNCI | 78.42 |
| Bill Pmt -Check | 12/30/2009 | 20949 | Tonaquint Data Center | 1,550.00 |
| Bill Pmt -Check | 12/30/2009 | 20950 | Travelers | 651.17 |
| Bill Pmt -Check | 12/30/2009 | Pay by Phon | United Healthcare Insurance | 17,677.89 |
| Check | 12/31/2009 | 20916 | Payroll Check | 2,109.89 |
| Check | 12/31/2009 | 20917 | Payroll Check | 1,402.53 |
| Check | 12/31/2009 | 20918 | Payroll Check | 1,628.90 |
| Check | 12/31/2009 | 20919 | Payroll Check | 2,668.15 |
| Check | 12/31/2009 | 20920 | Payroll Check | 1,395.13 |
| Check | 12/31/2009 | 20921 | Payroll Check | 2,664.07 |
| Check | 12/31/2009 | 20922 | Payroll Check | 1,161.23 |
| Check | 12/31/2009 | 20923 | Payroll Check | 949.78 |
| Check | 12/31/2009 | 20924 | Payroll Check | 2,279.09 |
| Check | 12/31/2009 | 20925 | Payroll Check | 2,525.36 |
| Check | 12/31/2009 | 20926 | Payroll Check | 2,041.31 |
| Check | 12/31/2009 | 20927 | Payroll Check | 2,236.65 |
| Check | 12/31/2009 | 20928 | Payroll Check | 2,356.74 |
| Check | 12/31/2009 | 20929 | SCADU | 175.00 |
| Check | 12/31/2009 | 20930 | BC Services Inc. | 100.83 |
| Check | 12/31/2009 | 20931 | Payroll Check | 1,961.72 |
| Check | 12/31/2009 | 20932 | Payroll Check | 2,375.59 |
| Check | 12/31/2009 | 20933 | Payroll Check | 2,157.03 |
| Check | 12/31/2009 | 20934 | Payroll Check | 1,924.03 |
| Check | 12/31/2009 | 20935 | Payroll Check | 1,542.26 |
| Check | 12/31/2009 | 20936 | U.S. Department of Treasury | 11,058.01 |
| Check | 12/31/2009 | 20937 | Colorado Department of Revenue | 0.00 |
| Check | 12/31/2009 | 20938 | Utah State Tax Commission - WTH | 200.00 |
| Check | 12/31/2009 | 20941 | McIntosh, Rick | 750.00 |
| Bill Pmt -Check | 12/31/2009 | 20955 | Susmann, Blake | 250.00 |
| Bill Pmt -Check | 12/31/2009 | By Ph 12/23 | Intermountain Rural Electric | 242.24 |
| Bill Pmt -Check | 01/06/2010 | 20957 | Public Storage | 322.00 |
| Bill Pmt -Check | 01/06/2010 | Pd By Phone | Public Storage | 74.40 |
| Bill Pmt -Check | 01/07/2010 | 20958 | Appel & Lucas | 5,786.00 |
| Bill Pmt -Check | 01/07/2010 | 20959 | Colorado State Treasurer | 3,627.28 |
| Bill Pmt -Check | 01/07/2010 | 20960 | Sun River Computer Club | 1,935.40 |
| Bill Pmt -Check | 01/07/2010 | 20961 | Colorado Department of Revenue | 14,973.00 |
| Bill Pmt -Check | 01/08/2010 | 20962 | Niemitalo, Pamela | 64.61 |

**Prime Time Communications, LLC**

**SOFA SCHEDULE 3B**

| Type | Date | Num | Name | Amount |
|------|------|-----|------|--------|
| Bill Pmt -Check | 01/08/2010 | 20963 | Susmann, Blake | 201.60 |
| Bill Pmt -Check | 01/08/2010 | 20964 | Parfait Studio, LLC | 500.00 |
| Bill Pmt -Check | 01/11/2010 | wire transf | Tribune Media Services, Inc. | 1,500.00 |
| Bill Pmt -Check | 01/12/2010 | 20965 | BCX Development, LLC | 22,500.00 |
| Check | 01/14/2010 | 20985 | Payroll Check | 949.78 |
| | | | | 781,142.21 |

**Prime Time Communications, LLC**
**SOFA Schedule 3C**

| Vendor | Type | Date | Num | Amount |
|---|---|---|---|---|
| **BCX Development, LLC** | Bill Pmt -Check | 01/12/2010 | 20965 | $  22,500.00 |
| **Marshall, Shelley** | Bill Pmt -Check | 08/11/2009 | 20517 | $  18,000.00 |
| **Marshall, Shelley** | Bill Pmt -Check | 09/09/2009 | 20610 | $  18,000.00 |
| **Marshall, Shelley** | Bill Pmt -Check | 10/09/2009 | 20705 | $  18,000.00 |
| **Marshall, Shelley** | Bill Pmt -Check | 11/12/2009 | 20827 | $  18,000.00 |
| **SDM Investments  LLC** | Bill Pmt -Check | 12/10/2009 | 20866 | $  18,000.00 |

Prime Time Communications, LLC
SOFA SCHEDULE 21-A
Current Partners, Officers, Directors and Shareholders

| Name | Nature | Amount % |
|---|---|---|
| J&S Holdings<br>3801 E. Orchard Road<br>Centennial, CO  80121 | Member | 25.2550 |
| HJES Investments, LLC<br>302 Castle Pines Drive<br>Castle Rock, CO  80108 | Member | 47.4912 |
| SDM Investments, LLC<br>302 Castle Pines Drive<br>Castle Rock, CO  80108 | Member | 25.2538 |
| Jeffrey Glance<br>3801 E. Orchard Road<br>Centennial, CO  80121 | Member | 2.0000 |
| | | 100.0000 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

**In Re: Prime Time Communications, LLC**      **Case Number: 10-_____**
         **Debtor.**                               **Chapter: 11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Y/N) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| **A - Real Property** | Yes | 1 | $ - | | |
| **B - Personal Property** | Yes | 5 | $ 5,377,132.96 | | |
| **C - Property Claimed as Exempt** | No | 0 | | | |
| **D - Creditors Holding Secured Claims** | Yes | 1 | | $ 23,666,841.39 | |
| **E - Creditors Holding Unsecured Priority Claims** | Yes | 4 | | $ 338,923.30 | |
| **F - Creditors Holding Unsecured NonPriority Claims** | Yes | 14 | | $ 1,606,982.58 | |
| **G - Executory Contracts and Unexpired Leases** | Yes | 7 | | | |
| **H - Codebtors** | Yes | 1 | | | |
| **I - Current Income of Ind. Debtors** | No | | | | |
| **J - Current Expenditures of Ind. Debtors** | No | | | | |
| **TOTAL** | | 33 | $ 5,377,132.96 | $ 25,612,747.27 | |

B6A (Official Form 6A) (12/07)

In re  Prime Time Communications, LLC_____,          Case No. __10-_____
                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total➤ | 0.00 | |

(Report also on Summary of Schedules.)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

**In Re:  Prime Time Communications**                **Case Number:** _____
                           **Debtor.**                           **Chapter:** _____

## Schedule B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1 | Cash on hand. | X | | | $            - |
| 2 | Checking, savings or other financial account, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations or credit unions, brokerage houses, or cooperatives. | | BBVA Compass Bank Checking Accounts 8100 E. Arapahoe Road 3rd Floor Centennial, CO  80112  Checking Accounts | | $    (16,687.74) |
| 3 | Security deposits with public utilities, telephone companies, landlords and others | | Qwest Corporation | | $    16,000.00 |
| 4 | Household goods and furnishings, including audio, video and computer equipment. | X | | | $            - |

| # | Description | | | Value |
|---|---|---|---|---|
| 5 | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | $ - |
| 6 | Wearing apparel. | X | | $ - |
| 7 | Furs and jewelry. | X | | $ - |
| 8 | Firearms and sports, photographic, and other hobby equipment. | X | | $ - |
| 9 | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | $ - |
| 10 | Annuities.  Itemize and name each issuer. | X | | $ - |
| 11 | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. | X | | $ - |
| 12 | Interest in IRA, ERISA, Keough, or other pension or profit sharing plans. Itemize. | X | | $ - |
| 13 | Stock and interests in incorporated and unincorporated businesses. | | New Frontier Bank Stock (Greeley, CO) Original purchase price $1,000,000 | unknown |
| | | | Investment in LLV Broadband, LLC | unknown |
| 14 | Interests in Partnerships or joint ventures.  Itemize. | | | $ - |
| 15 | Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | $ - |
| 16 | Accounts receivable. | | Current Subscribers | $ 49,444.06 |

| | | | | |
|---|---|---|---|---|
| | | Net receivable from affiliate development entities | | $ 699,922.80 |
| 17 | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Five particulars. | X | | $ - |
| 18 | Other liquidated debts owing debtor including tax refunds.  Give particulars. | | | $ - |
| 19 | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20 | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | |
| 21 | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims.  Five estimated value of each. | | | |
| 22 | Patents, copyrights and other intellectual property.  Give particulars. | X | | |
| 23 | Licenses, franchises, and other general intangibles.  Give particulars. | | Broadsoft Licenses | $ 430,545.00 |

| | | | | |
|---|---|---|---|---|
| 24 | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Subscriber base. | $ 2,855,733.00 |
| 25 | Automobiles, trucks, trailers and other vehicles and accessories. | X | | |
| 26 | Boats, motors and accessories. | X | | |
| 27 | Aircraft and accessories. | X | | |
| 28 | Office equipment, furnishings and supplies | | Office Equipment - Centennial, CO, | $ 5,000.00 |
| 29 | Machinery, fixtures, equipment and supplies used in business. | | Please see attached exhibit B-29 | $ 1,337,175.84 |
| 30 | Inventory. | X | | |
| 31 | Animals. | | | |
| 32 | Crops - growing or harvested.  Give particulars. | X | | |
| 33 | Farming equipment and implements. | X | | |
| 34 | Farm supplies, chemicals and feed. | X | | |
| 35 | Other personal property of any kind not listed.  Itemize. | X | | |
| | | | **TOTAL** | $ **5,377,132.96** |

___1___ continuation sheets attached

Exhibit B-29 - Equipment Values as of December 31, 2009

| Account | Corporate | Rockfire | Savanna Pines | Spring Valley | Tradition | Sun River |
|---|---|---|---|---|---|---|
| 150200 · Buildings Total | 0.00 | 0.00 | 35,610.03 | 7,386.68 | 0.00 | 27,700.03 |
| 150500 · Leasehold Improvements Total | 0.00 | 0.00 | 0.00 | 192.59 | 0.00 | 0.00 |
| 151000 · Tower & Antenna Total | 3,611.35 | 0.00 | 1,005.33 | 30,196.28 | 8,451.10 | 6,871.94 |
| 151100 · Headend Equipment Total | 210,597.78 | 1,144.26 | 36,611.80 | 262,743.55 | 156,378.79 | 369,428.23 |
| 151300 · ONTs Total | 0.00 | 0.00 | 22,940.88 | (1,343.25) | 0.00 | 52,834.51 |
| 152100 · Outside Plant Total | 0.00 | 0.00 | 0.00 | 191,479.24 | 0.00 | 442,899.49 |
| 152500 · Conduit & Vaults Total | 0.00 | 0.00 | 0.00 | 72,391.83 | 0.00 | 24,539.44 |
| 153001 · Test Equipment & Tools - CY Add Total | 2,890.78 | 0.00 | 338.09 | 7,961.51 | 0.00 | 17,179.72 |
| 154000 · Set Top Boxes Total | 0.00 | 0.00 | 10,290.73 | 47,611.28 | 0.00 | 12,754.77 |
| 155200 · Vehicles Total | 2,511.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 156000 · Office Equipment Total | 115.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 156200 · Office Furniture & Fixtures Total | 4,158.70 | 0.00 | 0.00 | 5,201.60 | 0.00 | 0.00 |
| 156300 · Computer Equipment Total | 38,062.83 | 0.00 | 0.00 | 0.00 | 0.00 | 3,894.34 |
| 156501 · Software - CY Adds Total | 82,477.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 160000 · Accumulated Depreciation Total | | | | | | |
| DEPRECIATED VALUE | 344,426.23 | 1,144.26 | 106,796.86 | 623,821.31 | 164,829.89 | 958,102.47 |
| SUB VALUE | (82,477.53) | 0.00 | (33,231.61) | (237,747.27) | 0.00 | (508,488.77) |
| NET VALUE | 261,948.70 | 1,144.26 | 73,565.25 | 386,074.04 | 164,829.89 | 449,613.70 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In Re:  Prime Time Communications, LLC                    Case Number: 10-_____
                                   Debtor.                              Chapter 11

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor  hooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.) Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column  labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

| Name of creditor and complete mailing address including zip code | Co-Debtor | Husband, wife, joint or community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | contingent | unliquidated | disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Community Banks of Colorado 5690 DTC Blvd Suite 410 Greenwood Village, CO  80112 | X | | Commercial Loan for Broadsoft Licenses 9/15/2006 | | | | $      797,652.39 | unknown |
| Deposit Insurance National Bank of Greeley f/k/a New Frontier Bank 2425 35th Avenue Greely, CO  80634 | | | | | | | | |
| Loan Number 201319-03 | X | | Commercial Loan 10/2008 | | | | $   6,846,752.11 | unknown |
| Loan Number 201319-05 | X | | Commercial Loan 02/2008 | | | | $   4,326,065.97 | unknown |
| Loan Number 201319-08 | X | | Commercial Loan 07/2008 | | | | $   3,414,487.50 | unknown |
| Loan Number 201319-10 | X | | Commercial Loan 12/2008 | | | | $   7,839,712.01 | unknown |
| Letter of Credit | X | | Commercial Loan 02/2009 | | | | $      124,041.13 | unknown |
| Net Overdrafts | | | Checking Account | | | | $      132,388.24 | $      132,388.24 |
| TVC Communications, LLC PO Box 933299 Atlanta, GA  31193 | | | Lien on unpaid telecom equipment 12/10/2009 | | | | $      185,742.04 | |
| | | | TOTAL | | | | $   23,666,841.39 | $      132,388.24 |

B 6E (Official Form 6E) (12/07)

In re __Prime Time Communications, LLC__ ,                    Case No.__10-_____
                          **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re __Prime Time Communications, LLC_____ ,      Case No. __10-_____
               **Debtor**                                                    **(if known)**


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


                              __2__  continuation sheets attached

In Re:  Prime Time Communications, LLC          Case Number: 10- _____
Debtor.          Chapter:11

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | ULIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Colorado Dept of Revenue Attn: Agent Wadford PO Box 13200 Denver, CO  80201 | | | Sales Tax 3/31/2009 | | | | $    5,497.72 | $    5,497.72 | |
| Colorado State Treasurer PO Box 956 Denver, CO  80201 | | | State Unemployment Insurance tax 12/31/2009 | | | | $      587.72 | $      587.72 | |
| Mississippi Bureau of Revenue PO Box 23075 Jackson, MS  39225 | | | Payroll withholding tax 3/31/2009 | | | | $      806.17 | $      806.17 | |
| Mississippi State Tax Commission PO Box 960 Jackson, MS  39205 | | | Sales Tax 1/31/2009 | | | | $    1,507.68 | $    1,507.68 | |
| Nevada Department of Taxation Business License PO Box 52674 Phoenix, AZ  85072 | | | Modified Business Tax 06/30/2009 | | | | $      622.93 | $      622.93 | |
| Nevada Dept of Employment 500 E. Third Street Carson City, NV  89713 | | | State Unemployment Insurance tax 6/30/2009 | | | | $      976.43 | $      976.43 | |
| Jeffry Starcer 47 Tierra Casa Drive Pueblo, CO  81005 | | | Employee, unpaid expense reimbursement 12/31/08 | | | | $    1,990.91 | $    1,990.91 | |
| Jennifer Tate 6359 W. Caley Place Littleton, CO  80123 | | | Former Employee, unpaid expense reimbursement for 2009 | | | | $      117.16 | $      117.16 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US Department of Treasury<br>1973 N. Rulon White Blvd.<br>Ogden, UT  84404<br>Acct # 20-3917331 | | Payroll taxes from<br>3/31/2009 | | | $ 295,377.00 | $ 295,377.00 | |
| Utah State Tax Commission-Video<br>Cable/Satellite Multi Channel Tax<br>210 N 1950 W<br>Salt Lake City, UT  84134<br>Acct #20-3917331 | | Video<br>Cable/Satellite Multi<br>Channel Tax<br>3/31/2009 | | | $   10,330.46 | $   10,330.46 | |
| Utah State Tax Commission-Sales Tax<br>210 N 1950 W<br>Sale Lake City, UT  84134<br>Acct #12639558-002-STC | | Sales Tax<br>3/31/2009 | | | $   17,468.12 | $   17,468.12 | |
| Utah State Tax Commission-Payroll Tax<br>210 N 1950 W<br>Sale Lake City, UT  84134 | | Payroll taxes from<br>3/31/2009 | | | $     3,641.00 | $     3,641.00 | |
| | | **TOTAL** | | | **$ 338,923.30** | **$ 338,923.30** | **$          -** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In Re:  Prime Time Communications, LLC      Case Number: 10- _____
              Debtor.                                              Chapter 11

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.) Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

| Name of creditor and complete mailing address including zip code | Co-Debtor | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | contingent | unliquidated | disputed | Amount of claim |
|---|---|---|---|---|---|---|---|
| 4com Inc.<br>1660 S.Highway 60 #590<br>Minneapolis, MN 55416-1534 | | | Programming<br>11/09 | | | | $      1,095.13 |
| Alcatel USA Marketing, Inc.<br>P.O. Box 911476<br>Dallas, TX 75391-1476 | | | Software<br>Maintenance<br>08/08 | | | | $      34,066.12 |
| Alfred Jankus<br>1648 W. Cold River Dr.<br>St George, UT 84790 | | | Customer Refund<br>01/09 | | | | $      39.38 |
| Allied Waste Service<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | | | Trash Removal<br>08/09 | | | | $      346.62 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Altitude Sports & Entertainment<br>Attn: Nicole Lorah<br>1000 Chopper Circle<br>Denver, CO 80204 | | Programming<br>12/08 | | | | $ | 2,228.76 |
| American Power Systems, LLC<br>8160 Blakeland Drive<br>Unit E<br>Littleton, CO 80125 | | Headend<br>Equipment<br>12/07 | | | | $ | 13,943.75 |
| Apollo Security USA<br>666 Bryant Street<br>Denver, CO 80204 | | Office Security<br>07/08 | | | | $ | 150.00 |
| AT&T Mobility<br>PO Box 30218<br>Los Angeles, CA 90030-0218 | | Phone<br>11/08 | | | | $ | 615.86 |
| Avail Media, Inc.<br>11190 Sunrise Valley Drive, Suite 301<br>Reston, VA 20191 | | Transport Fees and<br>HE Equipment<br>09/08 | | | | $ | 378,392.00 |
| BBC America<br>PO Box 79869<br>Baltimore, MD 21279-0869 | | Programming<br>06/09 | | | | $ | 1,105.77 |
| BCX Development, LLC<br>7108 S. Alton Way, Building M<br>Englewood, CO 80112 | | Rent and office<br>expenses<br>08/08 | | | | $ | 6,284.31 |
| Beverly Reid<br>17323 E. Wagontrail Parkway<br>Aurora, CO 80015 | | Professional<br>Services<br>01/09 | | | | $ | 1,105.00 |
| Brad Jones<br>7231 S Eastern Ave, Suite B, PMB 109<br>Las Vegas, NV 89119 | | Marketing<br>Materials<br>09/08 | | | | $ | 3,632.00 |
| Brandon Brown<br>4560 Pleasant Valley Road<br>Elizabeth, CO 80107 | | Customer Refund<br>11/08 | | | | $ | 223.96 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bravo Company<br>Bank of America<br>Lockbox 403296<br>Atlanta, GA 30384-3296 | | Programming<br>09/08 | | | $ | 150.00 |
| Broadsoft<br>220 Perry Parkway<br>Gaithersburg, MD  20877 | | Software<br>Maintenance and<br>Licenses<br>01/08 | | | $ | 251,976.80 |
| Brownstein Hyatt Farber Schreck<br>410 17th Street, Suite 2200<br>Denver, CO 80202-4437 | | Legal Fees<br>10/08 | | | $ | 21,059.35 |
| CALIX<br>1035 N. McDowell Blvd.<br>Petaluma, CA 94954 | | Onts (Equipment)<br>08/08 | | | $ | 69,701.74 |
| CallComm Inc.<br>PO Box 21736<br>Denver, CO 80221 | | Tower & Antenna<br>Equipment and<br>installation<br>05/08 | | | $ | 6,637.46 |
| Canon Financial Services<br>14904 Collections Center Dr.<br>Chicago, IL 60693 | | Copier Rental<br>02/09 | | | $ | 2,310.56 |
| CBS Television Stations<br>PO Box 30774<br>New York, NY 10087-0774 | | Programming<br>03/09 | | | $ | 222.39 |
| Century Marketing Solutions<br>PO Box 4032<br>Monroe, LA 71211-4032 | | Marketing<br>materials  02/09 | | | $ | 150.00 |
| CenturyTel<br>PO Box 4300<br>Carol Stream, IL 60197 | | Circuit Costs<br>06/09 | | | $ | 26,212.98 |
| Chiller<br>Bank of America<br>Lockbox 404955<br>Atlanta, GA 30384-4955 | | Programming<br>09/08 | | | $ | 100.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Donald Cier<br>1631 W. Sunstar Drive<br>St. George, UT  84790 | | Customer Refund<br>02/09 | | | | $ | 73.77 |
| Cisco Systems, Inc.<br>PO Box 91232<br>Chicago, IL 60693-1232 | | Equipment and<br>Service Contracts<br>12/08 | | | | $ | 22,662.54 |
| City of Las Vegas<br>Dept of Finance & Business<br>400 Stewart Ave 3rd Floor<br>Las Vegas, NV  89101 | | Annual corporated<br>filing fee for<br>07/2008 | | | | $ | 279.00 |
| City of Las Vegas Treasurers Office<br>400 Stewart Ave 3rd Floor<br>Las Vegas, NV  89101 | | Annual filing fee for<br>utility/telecom<br>renewal 07/2008 | | | | $ | 51.00 |
| City of St. George<br>PO Box 1750<br>St. George, UT  84771 | | Franchise fees<br>12/31/09 | | | | $ | 3,225.99 |
| CNBC Inc.<br>Bank of America<br>Lockbox 402315<br>Atlanta, GA 30384-2315 | | Programming<br>09/08 | | | | $ | 150.00 |
| Coast Electric Power Assoc.<br>PO Box 1028<br>Kiln, MS 39556-1028 | | Utilities<br>11/09 | | | | $ | 174.38 |
| Codale Electic Supply, Inc.<br>Payment Processing<br>PO Box 25777<br>Salt Lake City, UT 84125-0777 | | Fiber, Conduit &<br>Install Costs<br>08/08 | | | | $ | 8,286.98 |
| CommPartners<br>8350 S. Durango Dr.<br>Suite 200<br>Las Vegas, NV 89113 | | Late Fees<br>12/09 | | | | $ | 7.19 |
| Corporation Service Company<br>PO Box 13397<br>Philadelphia, PA 19101-3397 | | Registered Agent<br>Services<br>08/08 | | | | $ | 3,837.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Crystal Springs<br>PO Box 460630<br>Leeds, UT 84746-0630 | | Water<br>09/09 | | | | $ 82.01 |
| Discovery Communications, Inc.<br>PO Box 79400<br>Baltimore, MD 21279-0400 | | Programming<br>06/09 | | | | $ 11,927.61 |
| Dixie Cable Systems, Inc.<br>2021 Shavano Place<br>St. George, UT 84790 | | Conduit & Fiber<br>09/08 | | | | $ 5,065.00 |
| Ehrhard, Keefe, Steiner, Hottman PC<br>7979 E. Tufts Ave.<br>Suite 400<br>Denver, CO 80237-2843 | | Accounting Fees<br>10/08 | | | | $ 877.50 |
| Elda Merriam<br>4443 S. Holly Grape Ln<br>St George, UT 84790 | | Customer Refund<br>12/08 | | | | $ 36.99 |
| Express Employment Professionals<br>PO Box 4427<br>Portland, OR 97208-4427 | | Temporary<br>Employees<br>04/09 | | | | $ 9,080.99 |
| ForceCom<br>Po Box 250286<br>Piano, TX 75025 | | Leasehold<br>improvements<br>09/08 | | | | $ 1,877.00 |
| Franklin Court Partners<br>7903 S. Franklin Court<br>Littleton, CO  80122 | | Professional<br>Services<br>09/08 | | | | $ 3,750.00 |
| Fryingpan Resources, Inc.<br>dba COMFLUENT<br>910 15th Street, Suite 740<br>Denver, CO 80202 | | Colocation Rent<br>10/09 | | | | $ 21,735.00 |
| Gary Brick<br>1865 W. Horizon View Drive<br>St George, UT 84790 | | Customer Refund<br>06/09 | | | | $ 102.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jeffrey A. Glance<br>3801 E. Orchard Road<br>Centennial, CO  8012 | | Claims arising<br>from guarantees of<br>Debtor's debts | X | X | | unknown |
| Golf Channel<br>PO Box 28141<br>Atlanta, GA  30384 | | Programming<br>10/09 | | | | $          400.00 |
| Harris, Karstaedt, Jamison & Powers, P.C<br>188 Inverness Drive West, Suite 300<br>Englewood, CO 80112 | | Office Rent<br>07/09 | | | | $        3,286.51 |
| Heating & Plumbing Engineers, Inc.<br>PO Box 7285<br>Colorado Springs, CO 80933 | | Air Conditioner<br>Repairs<br>09/08 | | | | $        6,094.98 |
| Holland & Hart, LLP<br>PO Box 17283<br>Denver, CO 80217-0283 | | Legal Fees<br>09/08 | | | | $      47,193.49 |
| InterLinx Communications, LLC<br>912 West 1600 South Tonaquint<br>Campus Bldg B Suite 201<br>St. George, UT 84770 | | Circuit Costs<br>12/09 | | | | $        2,880.00 |
| Internap Network Services Dept. 0526<br>PO Box 120526<br>Dallas, TX 75312-0526 | | Circuit Costs<br>11/09 | | | | $        4,600.00 |
| Intrado, Inc.<br>1601 Dry Creek Drive<br>Longomont, CO  80503 | | Circuit Costs<br>04/09 | | | | $      71,703.00 |
| Jack Peverley<br>1789 W. Wide River Dr.<br>St. George, UT 84790 | | Customer Refund<br>01/08 | | | | $            28.92 |
| Jay Rosenblum<br>1701 W. Garnet Ridge Circle<br>St. George, UT 84790 | | Customer Refund<br>11/08 | | | | $            47.88 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jeffery Johnsen<br>2998 Embassy Road<br>North Port, FL 34291 | | Customer Refund<br>09/09 | | | | $ | 40.45 |
| Jen Hershey<br>9505 E. 106th Place<br>Henderson, CO 80640 | | Professional<br>Services<br>09/08 | | | | $ | 4,075.00 |
| John Fayard Moving & Warehouse<br>PO Box 2189<br>Gulfport, MS 39505 | | Storage Rental<br>07/09 | | | | $ | 1,872.50 |
| JStarCom LLC<br>47 Tierra Casa Drive<br>Pueblo, CO 81005 | | Professional<br>Services<br>03/09 | | | | $ | 836.00 |
| Kelley Construction, Inc<br>4222 County Road 186<br>Elizabeth, CO 80107 | | Construction Work<br>at Spring Valley<br>12/08 | | | | $ | 17,759.25 |
| Kelsey Enterprises<br>547 E. 700<br>St. George, UT 84770 | | Installation - Drops<br>08/08 | | | | $ | 4,095.00 |
| KSL-TV Broadcast House<br>55 North 300 West<br>PO Box 1160<br>SLC, UT 84110-1160 | | Programming<br>03/09 | | | | $ | 531.60 |
| KSTU-Fox13<br>5020 West Amelia Earhart Dr<br>Salt Lake City, UT 84116 | | Programming<br>03/09 | | | | $ | 2,000.00 |
| KTVD/KUSA<br>Attn: Accounts Receivable<br>500 Speer Blvd.<br>Denver, CO 80203 | | Programming<br>01/09 | | | | $ | 542.90 |
| Lifetime TV-Affiliate<br>PO Box 7247-6603<br>Philadelphia, PA 19170-6603 | | Programming<br>09/09 | | | | $ | 4,608.94 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LLC TruDiligence<br>3190 S. Wadsworth Blvd.<br>Suite 260<br>Lakewood, CO 80227 | | Background<br>Checks<br>12/08 | | | | $ 208.00 |
| Malloy, Carroll<br>4609 S. Sandscape Dr.<br>St. George, UT 84790 | | Customer Refund<br>02/09 | | | | $ 42.15 |
| James E. Marshall<br>1302 Castle Pines Drive<br>Castle Rock, CO  80108 | | Claims arising<br>from guarantees of<br>Debtor's debts | X | X | | unknown |
| Minerva Networks, Inc.<br>PO Box 2150<br>Alviso, CA 95002 | | Software<br>Maintenance<br>08/08 | | | | $ 66,379.90 |
| Motorola<br>6450 Sequence Drive<br>San Diego, CA 92121 | | Programming<br>02/09 | | | | $ 444.00 |
| MSNBC Inc.<br>Bank of America<br>Lockbox 402222<br>Atlanta, GA 30384-2222 | | Programming<br>09/08 | | | | $ 100.00 |
| mun2<br>Bank of America<br>Lockbox 404374<br>Atlanta, GA 30384-4374 | | Programming<br>09/08 | | | | $ 150.00 |
| Mstar PTC, LLC<br>7108 S. Alton Way BLDG M<br>Englewood, CO  80112 | | Unsecured<br>business loan | X | X | | unknown |
| MW Sports Network LLC<br>The Mtn One Comcast Center<br>28th Floor<br>Philadelphia, PA 19103-2838 | | Programming<br>03/09 | | | | $ 8,048.48 |
| National Emergency Number<br>PO Box  634237<br>Cincinnati, OH  45263-4237 | | Company<br>Identifier   05/09 | | | | $ 500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Newport Television LLC<br>460 Nichols Road<br>Suite 250<br>Kansas City, MO 64112 | | Programming<br>06/09 | | | | $ | 2,613.25 |
| NFL Network<br>PO Box 27837<br>New York, NY 10087-7837 | | Programming<br>09/08 | | | | $ | 8,658.10 |
| NorthStar Telesolutions<br>125 Airport Parkway<br>Suite 110<br>Greenwood, IN 46143 | | Answering<br>Service/Billing<br>Service<br>07/08 | | | | $ | 51,659.32 |
| Office Depot Credit Plan<br>PO Box 689020<br>Des Moines, IA 50368 9020 | | Office Supplies<br>12/08 | | | | $ | 2,140.63 |
| Office Team File<br>73484 PO Box 60000<br>San Francisco, CA 94160-3484 | | Temporary Help<br>04/09 | | | | $ | 4,662.97 |
| Olson & Company, PC<br>19751 E. Mainstreet<br>Suite 370<br>Parker, CO 80138 | | Tax Return<br>Preparation<br>10/08 | | | | $ | 3,000.00 |
| Parfait Studio, LLC<br>2570 Bellaire Street<br>Denver, CO 80207 | | Marketing<br>11/08 | | | | $ | 2,084.73 |
| PR Newswire<br>GPO Box 5897<br>New York, NY 10087-5897 | | Press Releases<br>07/09 | | | | $ | 1,345.00 |
| Qwest<br>720 733-2966<br>133R PO Box 173638<br> Denver, CO 80217-3638 | | Phone<br>12/09 | | | | $ | 117.65 |
| Qwest<br>PO Box 29080<br>Phoenix, AZ 85038-9080 | | Phone<br>12/09 | | | | $ | 450.02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Saltzman Hamma Nelson Massaro<br>1660 Lincoln Street<br>Suite 2200<br>Denver, CO 80264 | | Tax Return<br>Preparation<br>09/09 | | | | $ | 8,985.00 |
| Sci Fi<br>Bank of America<br>Lockbox 404948<br>Atlanta, GA 30384-4948 | | Programming<br>09/08 | | | | $ | 100.00 |
| Sherman & Howard LLC<br>633 17th Street<br>Suite 3000<br>Denver, CO 80202 | | Legal Fees<br>09/08 | | | | $ | 104,162.19 |
| Sky-View Technologies<br>845 Red Hills Parkway<br>St. George, UT 84770-3068 | | Programming<br>12/09 | | | | $ | 150.00 |
| Sleuth<br>Bank of America<br>Lockbox 404937<br>Atlanta, GA 30384-4937 | | Programming<br>09/08 | | | | $ | 100.00 |
| Specialized Communication Services<br>2152 S. Angell Heights Dr.<br>Hurricane, UT 84737 | | Fiber<br>09/08 | | | | $ | 9,280.00 |
| Sun River Community Assoc. Inc.<br>4275 S. County Club Drive<br>St. George, UT 84790 | | Tech Assistance<br>and Advertising<br>02/09 | | | | $ | 1,728.43 |
| Sun Rivr Computer Club<br>C/O Delores Bibby<br>1706 Wide River Drive<br>St. George, UT  84790 | | E-Mail<br>Maintenance<br>01/09 | | | | $ | 3,732.30 |
| Superior Satellite Engineers, Inc.<br>1743 Middle Road<br>Columbia Falls, MT 59912 | | Cables, Splitters,<br>other equipment<br>07/08 | | | | $ | 7,809.00 |
| SWAC Service<br>459 N. 1300 E.<br>St. George, UT 84770 | | Programming<br>07/09 | | | | $ | 253.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Szabo Associates, Inc.<br>3355 Lenox Road<br>NE Ninth Floor<br>Atlanta, GA 30326-1332 | | Programming<br>08/09 | | | | $ 2,720.00 |
| T Moble<br>PO Box 660252<br>Dallas, TX 75266-0252 | | Phone<br>03/09 | | | | $ 810.58 |
| T2 Communications<br>301 Hoover Blvd., First Floor<br>Holland, MI 49423 | | Revenue Shares<br>09/08 | | | | $ 61,544.53 |
| Telenet, LLC<br>PO Box 21736<br>Denver, CO 80221 | | Circuit Costs<br>02/09 | | | | $ 1,584.00 |
| TNCI PO<br>Box 981038<br>Boston, MA 02298-1038 | | Phone<br>01/10 | | | | $ 102.70 |
| Tom M. Sawyer<br>Box 1981<br>Fraser, CO 80442 | | Customer Refund<br>08/09 | | | | $ 26.78 |
| Tonaquint Data Center<br>912 West 1600 South Bldg B<br>Suite 201<br>St George, UT 84770 | | Colocation Rent<br>10/09 | | | | $ 4,650.00 |
| Tower Distribution Co WGN Superstation<br>Programming<br>5980 Collection Center Drive<br>Chicago, IL 60693 | | Programming<br>08/09 | | | | $ 378.56 |
| Travel Media, Inc.<br>PO Box 79903<br>Baltimore, MD 21279-0903 | | Programming<br>06/09 | | | | $ 2,244.98 |
| Travelers CL<br>Remittance Center<br>Hartford, CT 06183-1008 | | Insurance<br>11/09 | | | | $ 661.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Media Services, Inc.<br>PO Box 1104<br>Albany, NY 12201 | | Programming<br>12/09 | | | | $ 1,000.00 |
| Turner Network Sales<br>PO Box 532450<br>Atlanta, GA 30353-2450 | | Programming<br>04/09 | | | | $ 29,962.14 |
| Unique Litho, Inc.<br>9 Inverness Drive<br>Englewood, CO 80112 | | Marketing<br>Materials<br>10/08 | | | | $ 3,736.33 |
| USA Network<br>Bank of America<br>Lockbox 404955<br>Atlanta, GA 30384-4955 | | Programming<br>09/08 | | | | $ 100.00 |
| Utility Consultants, Inc.<br>PO Box 460865<br>Leeds, UT 84746 | | Project<br>Maintenance Fiber<br>Buildout<br>09/08 | | | | $ 1,875.00 |
| Utility Notification Center<br>16361 Table Mountain Parkway<br>Golden, CO 80403 | | Underground<br>Locates<br>11/09 | | | | $ 3.08 |
| Veracity Communications<br>PO Box 1009 Provo<br>UT 84603-1009 | | Circuit Costs<br>04/09 | | | | $ 22,586.59 |
| Verisign, Inc.<br>487 East Middlefield Road<br>Mountain View CA  94043 | | Circuit Costs<br>05/09 | | | | $ 16,296.79 |
| Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA 91346-9622 | | Phone<br>12/08 | | | | $ 814.90 |
| Video Communications Engineering, Inc<br>225 Legacy Lane<br>Las Vegas, NV 89110 | | Fiber<br>09/08 | | | | $ 19,055.08 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VISA<br>Cardmember Services<br>PO Box 6353<br>Fargo, ND 58125-6253 | | Business credit<br>card - 9422 | | | | $ | 22,000.00 |
| VoIP360, Inc.<br>130 North Main Street<br>3rd Floor<br>Butte, MT 59701 | | Circuit Costs<br>10/09 | | | | $ | 17,904.22 |
| W. James McNaughton<br>150 JFK Parkway<br>Suite 100<br>Short Hills, NJ 07078 | | Legal Fees<br>12/08 | | | | $ | 585.50 |
| Wavelength Commercial<br>2634 West 9th Avenue<br>Denver, CO 80204 | | Antennas/Mounts<br>08/08 | | | | $ | 906.30 |
| Mike Wood<br>1059 Golden Pine Lane<br>Monument, CO 80137 | | Former Owner,<br>unpaid expense<br>reimbursement<br>from 06/2009 | | | | $ | 2,657.69 |
| William & Paulette Weinberger<br>7108 S. Alton Way, Suite I<br>Centennial, CO 80112 | | Office Rent<br>03/09 | | | | $ | 8,116.73 |
| William Walker<br>1578 W. Wonderstone Dr.<br>St George, UT 84790 | | Customer Refund<br>01/09 | | | | $ | 71.77 |
| WLOX c/o Raycom Media<br>201 Monroe Street<br>20th Floor<br>Montgomery, AL 36104 | | Programming<br>01/09 | | | | $ | 27.75 |
| WXXV-TV<br>PO Box<br>Gulfport, MS 39505 | | Programming<br>04/09 | | | | $ | 17.20 |
| Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484-9477 | | Utilities<br>02/09 | | | | $ | 41.86 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ZoomyCo at Rockfire at the Lake, LLC<br>Attn: Nicky Soupal<br>1101 Village Road, Suite UL3B<br>Carbondale, CO 81623 | | | Revenue Share -<br>Rockfire Topeka<br>09/08 | | | | $ | 7,967.61 |
| | | | **TOTAL** | | | | **$** | **1,606,982.58** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In Re:  Prime Time Communications, LLC     Case Number: 10-_____
               Debtor.                   Chapter: 11

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 4com Inc.<br>1660 S.Highway 60 #590<br>Minneapolis, MN 55416-1534 | Programming and Transport |
| AFCO<br>Dept. 0809<br>PO Box 120001<br>Dallas, TX 75312-0809 | Property and Casualty Insurance |
| Alcatel USA Marketing, Inc.<br>P.O. Box 911476<br>Dallas, TX 75391-1476 | Equipment and Software Maintenance |
| Altitude Sports & Entertainment<br>Attn: Nicole Lorah<br>1000 Chopper Circle<br>Denver, CO  80204 | Programming |
| Answer California dba Answer Colorado<br>181 Rea Ave. Ste 201<br>El Cajon, CA 92020 | Answering Service |
| Avail Media, Inc.<br>11190 Sunrise Valley Drive, Suite 301<br>Reston, VA 20191 | Equipment and Software Maintenance |
| BBC America<br>PO Box 79869<br>Baltimore, MD 21279-0869 | Programming |
| BCX Development, LLC<br>7108 S. Alton Way Building M<br>Englewood, CO 80112 | Lease for office space currently occupied at 7108 S. Alton Way Bldg M, Centennial, CO  80112 |
| Bravo Company<br>Bank of America Lockbox 403296<br>Atlanta, GA 30384-3296 | Programming |

| | |
|---|---|
| Broadsoft<br>220 Perry Pkwy<br>Gaithersburg, MD 20877 | Equipment and Software Maintenance |
| Canon Financial Services<br>14904 Collections Center Dr.<br>Chicago, IL 60693 | Office copier/printer which was returned to Canon in June 2009. |
| Cardinal Broadband, LLC<br>11025 Dover Street, Suite 200<br>Westminster, CO 80021 | Revenue Rights |
| CBS Television Stations<br>PO Box 30774<br>New York, NY 10087-0774 | Programming |
| CenturyTel<br>PO Box 4300<br>Carol Stream, IL 60197 | Circuits |
| Chiller<br>Bank of America Lockbox 404955<br>Atlanta, GA 30384-4955 | Programming |
| CNBC Inc.<br>Bank of America Lockbox 402315<br>Atlanta, GA 30384-2315 | Programming |
| Discovery Communications, Inc.<br>PO Box 79400<br>Baltimore, MD 21279-0400 | Programming |
| E! Entertainment Television<br>File 749009<br>Los Angles, CA 90074-9009 | Programming |
| EyeMed/Fidelity Security Life Insurance<br>FSL/EyeMed Premiums<br>PO Box 632530 Cincinnati, OH 45263-2530 | Employee Benefits - Vision Insurance |
| Fox College Sports<br>File #55652<br>Los Angeles, CA 90074-5652 | Programming |
| Fox Movie Channel<br>File 55841<br>Los Angels, CA 90074-5841 | Programming |
| Fox Reality<br>File 55652<br>Los Angles, CA 90074-5652 | Programming |
| Fox Soccer Channel<br>File 56193<br>Los Angeles, CA 90074-6193 | Programming |

| | |
|---|---|
| Fox Sports en Espanol<br>File 56193<br>Los Angeles, CA  90074-6193 | Programming |
| Fox Sports Net Prime Ticket<br>File #55652<br>Los Angeles, CA 90074-5652 | Programming |
| Fox Sports Net West<br>File #55652<br>Los Angeles, CA 90074-5652 | Programming |
| Fryingpan Resources, Inc. dba COMFLUENT<br>910 15th Street  Suite 740<br>Denver, CO 80202 | Rent on Colocation space at 910 15th Street, Denver, CO<br>80202 |
| Fuel<br>File #55652<br>Los Angles, CA 90074-5652 | Programming |
| FX Networks LLC<br>File 56932<br>Los Angeles, CA 90074-6932 | Programming |
| Golf Channel<br>PO Box 281401<br>Atlanta, GA 30384-1401 | Programming |
| Great Lakes Data Systems, Inc.<br>306 Seippel Blvd. PO Box 295<br>Beaver Dam, WI 53916 | Billing System for subscribers |
| Harris, Karstaedt Jamison & Powers, PC<br>188 Inverness Drive West Suite 300<br>Englewood, CO  80112 | Lease for office space vacated June 2009 at 188 Inverness<br>Drive West Suite 305, Englewood, CO  80112 |
| Home Box Office<br>1100 Avenue of the Americas<br>New York, NY  10036 | Programming |
| HSN<br>One HSN Drive<br>St. Petersburg, FL 33729 | Programming |
| In Demand<br>General Post Office PO Box #30869<br>New York, NY 10087-0869 | Programming |
| Insurance Management Assoicates<br>1550 17th Street Suite 600<br>Denver, CO 80202 | Broker for property and casualty insurance |
| InterLinx Communications, LLC<br>912 West 1600 South<br>Tonaquint Campus Bldg B Suite 201<br>St. George, UT 84770 | Circuits |

| | |
|---|---|
| Internap Network Services<br>Dept. 0526 PO Box 120526<br>Dallas, TX 75312-0526 | Circuits |
| Intrado Inc.<br>1601 Dry Creek Drive<br>Longmont, CO 80503 | Circuits |
| John Fayard Moving & Warehouse<br>PO Box 2189<br>Gulfport, MS 39505 | Storage unit rental in Mississippi (storing equipment until it is moved to St. George Utah) |
| KMGH-TV<br>ATTN: Mickey Petty<br>123 Speer Blvd Denver, CO 80203 | Programming |
| KSL-TV Broadcast House<br>55 North 300 West<br>PO Box 1160<br>SLC, UT 84110-1160 | Programming |
| KSTU-Fox13<br>5020 West Amelia Earhart Dr<br>Salt Lake City, UT 84116 | Programming |
| KTVD/KUSA<br>Attn: Accounts Receivable<br>500 Speer Blvd. Denver, CO 80203 | Programming |
| Liberty FSN Rocky Mountain<br>15154 Collections Center Drive<br>Chicago, IL 60693 | Programming |
| Lifetime TV-Affiliate<br>PO Box 7247-6603<br>Philadelphia, PA 19170-6603 | Programming |
| LLV Broadband, LLC<br>7108 S. Alton Way BLDG M<br>Englewood, CO 80112 | Services Agreement dated Jan. 1, 2010 |
| Motorola<br>6450 Sequence Drive<br>San Diego, CA 92121 | Programming |
| MSNBC Inc.<br>Bank of America Lockbox 402222<br>Atlanta, GA 30384-2222 | Programming |
| Mstar PTC, LLC<br>7108 S. Alton Way BLDG M<br>Englewood, CO 80112 | Services Agreement dated Jan. 1, 2010 |
| MTV Networks Affiliate<br>Sales and Marketing<br>PO Box 70619<br>Chicago, IL 60673-0619 | Programming |

| | |
|---|---|
| mun2<br>Bank of America Lockbox 404374<br>Atlanta, GA 30384-4374 | Programming |
| MW Sports Network LLC The Mtn<br>One Comcast Center 28th Floor<br>Philadelphia, PA 19103-2838 | Programming |
| National Cable TV Coop<br>PO Box 414826<br>Kansas City, MO 64141 | Programming |
| National Geographic<br>File 56931<br>Los Angeles, CA 90074-6931 | Programming |
| Newport Television LLC<br>460 Nichols Road, Suite 250<br>Kansas City, MO 64112 | Programming |
| NFL Network<br>PO Box 27837<br>New York, NY 10087-7837 | Programming |
| One Beacon Insurance<br>PO Box 4002<br>Woburn, MA 01888-4002 | Property and Casualty Insurance |
| Pinnacol Assurance<br>Dept 500<br>Denver, CO 80281 | Workers Comp Insurance |
| Principal<br>3025 West College St.<br>Grand Island, NE  68803-1706 | Employee Benefits - Dental Insurance |
| Public Storage<br>9600 E. Costilla Ave.<br>Englewood, CO 80112-3613 | Storage unit for unused office furniture |
| Sci Fi<br>Bank of America Lockbox 404948<br>Atlanta, GA 30384-4948 | Programming |
| Showtime Networks Inc.<br>PO Box 13495<br>Newark, NJ 07188-0495 | Programming |
| Sleuth<br>Bank of America Lockbox 404937<br>Atlanta, GA 30384-4937 | Programming |
| Speed Channel<br>File 56734<br>Los Angeles, CA 90074-6734 | Programming |

| | |
|---|---|
| Style<br>File 749009<br>Los Angeles, CA 90074-9009 | Programming |
| Sun River Computer Club<br>c/o Dolores Bibby<br>1706 Wide River Drive St. George, UT 84790 | Professional Services |
| Sundance<br>Acct 78701145<br>PO Box13763<br>Newark, NJ 07188-0763 | Programming |
| T2 Communications, LC<br>1404 SunRiver Parkway #200<br>St. George, UT  84790 | Revenue Shares at Sun River, St. George, UT system |
| Tonaquint Data Center<br>912 West 1600 South<br>Bldg B Suite 201<br>St George, UT 84770 | Colocation rent |
| Tower Distribution Co<br>WGN Superstation Programming<br>5980 Collection Center Drive<br>Chicago, IL 60693 | Programming |
| Travel Media, Inc          .<br>PO Box 79903<br>Baltimore, MD 21279-0903 | Programming |
| Tribune Media Services, Inc.<br>PO Box 1104<br>Albany, NY 12201 | Programming |
| Turner Network Sales<br>PO Box 532450<br>Atlanta, GA 30353-2450 | Programming |
| TVC Communications, LLC<br>PO Box 933299<br>Atlanta, GA 31193 | Promissory Note |
| United Healthcare Insurance<br>Dept. CH 10151<br>Palatine, IN 60055 | Employee Benefits - Health Insurance |
| USA Network<br>Bank of America Lockbox 404955<br>Atlanta, GA 30384-4955 | Programming |
| Veracity Communications<br>PO Box 1009<br>Provo, UT 84603-1009 | Circuits |
| Verisign, Inc.<br>Lock Box #849985<br>1401 Elm Street 5th Floor Dallas, TX 75202 | Circuits |

| | |
|---|---|
| Versus<br>File 749052<br>Los Angeles, CA 90074-9052 | Programming |
| VoIP360, Inc.<br>130 North Main Street<br>3rd Floor<br>Butte, MT 59701 | Circuits |
| William & Paulette Weinberger<br>7108 S. Alton Way Suite I<br>Centennial, CO 80112 | Office rent - office vacated in 2008 |
| WLOX c/o Raycom Media<br>201 Monroe Street  20th Floor<br>Montgomery, AL 36104 | Programming |
| WXXV-TV<br>PO Box<br>Gulfport, MS 39505 | Programming |
| ZoomyCo at Rockfire at the Lake, LLC<br>Attn: Nicky Soupal<br>1101 Village Road  Suite UL3B<br>Carbondale, CO 81623 | Revenue Shares at Rockfire - Topeka, KS |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

**In Re:  Prime Time Communications, LLC**          **Case Number: 10-_____**
**Debtor.**          **Chapter: 11**

## SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| James E. Marshall<br>1302 Castle Pines Drive<br>Castle Rock, CO  80108 | Community Banks of Colorado<br>5690 DTC Blvd Suite 410<br>Greenwood Village, CO  80112<br><br>Deposit Insurance National Bank of Greeley<br>f/k/a New Frontier Bank<br>2425 35th Avenue<br>Greely, CO 80634 |
| Jeffrey A. Glance<br>3801 E. Orchard Road<br>Centennial, CO  8012 | Community Banks of Colorado<br>5690 DTC Blvd Suite 410<br>Greenwood Village, CO  80112<br><br>Deposit Insurance National Bank of Greeley<br>f/k/a New Frontier Bank<br>2425 35th Avenue<br>Greely, CO  80634 |
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __Prime Time Communications,__ ,          Case No. __10-__
             **Debtor**                                            (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                         Debtor

Date _____          Signature: _____
                                                                  (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                             Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
-------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __limited liability company__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __34__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date __01/29/2010__          Signature: __/s/ Mark Wentzlaff__
                                                 __Mark Wentzlaff__
                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re:                                    )
                                          )
Prime Time Communications, LLC   )
                                          )        CASE NO. 10- _____
                                          )
             DEBTOR                )        CHAPTER 11

---

## VERIFICATION OF CREDITOR ADDRESS MAILING MATRIX

---

      I, Mark Wentzlaff, President of the above named Debtor, Prime Time Communications, LLC, hereby verify that the Creditor Address Mailing Matrix (list of creditors) electronically filed with the Court is true and correct to the best of my knowledge.

Date: 01/29/2010          Debtor

                                 Prime Time Communications, LLC

                                 By: */s/ Mark Wentzlaff*
                                 Mark Wentzlaff, President
                                 7108 S. Alton Way, Building M
                                 Centennial, CO 80112